21654.  DAHLONEGA CHEVROLET COMPANY *v.* TATE.

JENKINS, P. J.  1.  If the amount in controversy in a suit in a justice's court exceeds fifty dollars, even though only a question of law is involved, the losing party, where the nature of the ruling complained of is not

such as to dismiss the case, may select one of three remedies,—an appeal to a jury in the justice's court, an appeal to the superior court, or a certiorari. *Toole* v. *Edmondson*, 104 *Ga.* 776, 783 (31 S. E. 25); *Ansley* v. *Farley*, 126 *Ga.* 425 (55 S. E. 180); *Crawford County Bank* v. *Britt-Hightower Co.*, 17 *Ga. App.* 804 (88 S. E. 691).

2. In the instant case, where it appeared that on the previous trial in the justice's court the magistrate had stricken the answer of the defendant and entered up judgment for the plaintiff, under the ruling in *Toole* v. *Edmondson,* supra, it was error for the judge of the superior court to dismiss the appeal on the ground that the exclusive remedy afforded the defendant in order to review the judgment in the justice's court was by certiorari. *Helmly* v. *Davis,* 100 *Ga.* 493 (28 S. E. 231). This ruling is not in conflict with the cases of *Maddox* v. *Witte*, 100 *Ga.* 316 (27 S. E. 163) *Humphries* v. *Blalock*, 100 *Ga.* 404 (28 S. E. 165); *Brown* v. *Robinson*, 91 *Ga.* 277 (18 S. E. 156), and similar cases where the effect of the previous ruling in the justice's court was to dismiss the case there pending, many of which cases are referred to and distinguished in *Toole* v. *Edmondson*, supra.

*Judgment reversed. Stephens and Bell, JJ., concur.*

DECIDED JANUARY 15, 1932.

*Fred L. Brewer,* for plaintiff in error.
*Frank B. Stow, Joseph H. Blackshear,* contra.